UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | HON. JOSÉ R. ALMONTE |
| v. | DOCKET. NO. 22-MJ-8386 |
| YANCY DEL CARMEN VISCARRA | ORDER FOR CONDITIONS OF PRETRIAL RELEASE |

This matter having come before the Court on the application of defendant, Yancy Del Carmen Viscarra through her counsel, Carol Dominguez, Assistant Federal Public Defender, and Jake Nasar, Assistant United States Attorney, who does not oppose, for an Order for Conditions of Pretrial Release in the above captioned matter, and for good cause shown,

IT IS ON THIS ___ day of August of 2024, ORDERED that:

1) A Third-Party Custodian is no longer required and is subject to home detention with electronic monitoring.

2) Yancy Viscarra's travel is restricted to New Jersey, New York, and Georgia, unless otherwise pre-approved by Pretrial Services.

3) Yancy Viscarra is subject to substance abuse testing and/or treatment as directed by Pretrial Services.

4) Yancy Viscarra is to maintain the current residence, or a residence approved by Pretrial Services.

5) Yancy Viscarra's passport/travel I.D. is to be turned over to the Office of the Federal Defender who through its employees will ensure it be used to assist Yancy Viscarra apply / use for social services and the like.

6) Yancy Viscarra is to also abide by all standard conditions of Pretrial Release.

7) Yancy Viscarra is to comply with State or Local or other agencies' supervision mandates.

IT IS SO ORDERED.

_____
HON. JOSÉ R. ALMONTE
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| _____ | _____ |
| Jake A. Nasar | Carol Dominguez |
| Asst. United States Attorney | Asst. Federal Public Defender |